UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

         -against-

GOHAR ILANGYOZYAN

                    Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

    **-CR-**  ( )( )

    20 MAG 13142

Defendant ___Gohar Ilangyozan___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_✓_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_on verbal consent_

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___Gohar Ilangyozan___
Print Defendant's Name

_____
Defendant's Counsel's Signature

___Leo Shalit___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___12/10/20___
Date

_____
U.S. District Judge/U.S. Magistrate Judge